| | |
|---|---|
| H5077dA (12/15) | |
| **Information to identify the case:** | |
| Debtor(s) | United States Bankruptcy Court<br>District of Hawaii |
| Parties  CIBER, Inc., | |
|   Plaintiff(s) | |
|   v. | |
|   State of Hawaii, Department of Transportation, | Bankruptcy Case number:<br>Chapter: |
|   Defendant(s) | Adversary Proceeding No: **17–90010** |

# NOTICE OF FILING OF TRANSCRIPT

NOTICE IS GIVEN THAT:

A transcript has been filed with the court, as described in the following docket entry:

Transcript for Trial/Hearing on 07/14/2017. Transcriber: eScribers, Phone Number 973–406–2250. Remote electronic access to the transcript is restricted for 90 days after the date the transcript is filed. Redaction Request due 08/9/2017. Redacted Transcript due 08/16/2017. Transcript Access Restriction Period ends 10/17/2017. (RE: related document(s)[37] Minutes – Virtual). (Gottlieb, Jason)

The parties who attended the subject hearing or trial are responsible for reviewing the transcript for compliance with Fed. R. Bankr. P. 9037(a) regarding any personal data identifiers. A copy of the transcript may be purchased from the transcriber or may be viewed in the Clerk's Office using a public computer terminal. (The transcript is not available for viewing via PACER for a 90–day period following the filing of the transcript.)

If redaction is required, a party may request redaction of personal data by filing a request substantially conforming to the local form (Request for Redaction of Personal Data Identifiers) not later than 21 days after the date of filing of the transcript. In the absence of such a request, the transcript will be available for online viewing via PACER upon expiration of the restricted access period, unless the court orders otherwise.

A party may request redaction of additional private or sensitive information by filing a motion not later than 21 days after the date of filing of the transcript.

Date:  July 19, 2017                                    Michael B. Dowling
                                                         Clerk of Court
Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov